```
QUIN DENVIR, Bar #49374
Federal Defender
Ann H. Voris, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DANA COLEMAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1: 05-cr-0130 OWW |
| ) | |
| *Plaintiff,* ) | WAIVER OF APPEARANCE AT PRETRIAL |
| ) | STATUS CONFERENCES AND HEARINGS, |
| v. ) | AND ORDER THEREON |
| ) | |
| DANA COLEMAN, ) | |
| ) | |
| *Defendant.* ) | Judge: Hon. Oliver W. Wanger |
| ) | |

The undersigned defendant, Dana Coleman, having been advised of her right to be present at all stages of the proceedings, including but not limited to presentation of arguments on questions of law, to be confronted by and to cross-examine all witnesses, to present evidence in her own defense, and to litigate all issues by either jury or court trial, hereby waives her right to be present in person in open court upon the hearing of any motion or other pre-trial proceeding in this cause, including any status conference, motions hearing, trial confirmation, and/or when a continuance is ordered, hereby requests the court to proceed during every absence of hers which the court may permit pursuant to this waiver, and allow her attorney-in-fact to represent her interests at all times. Defendant further agrees that notice to defendant's attorney that defendant's presence is required will be deemed notice to the defendant of the requirement of

///

///

Waiver of Appearance

her appearance at said time and place.  This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 15 day of April, 2005, at Fresno, California.

      /s/ Dana Coleman
DANA COLEMAN

AGREED BY COUNSEL

DATED: April 15, 2005

  /s/ Ann H. Voris
ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant
DANA COLEMAN

# O R D E R

**IT IS SO ORDERED.**

Dated: April 19, 2005

**/s/ OLIVER W. WANGER**

OLIVER W. WANGER
United States District Court Judge

Waiver of Appearance    2